1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         CENTRAL DISTRICT OF CALIFORNIA

10

11

JASON MONTGOMERY,              )        No. CV 11-07092-CW
12  on behalf of Michelle       )
Leonard, deceased,            )
13                                )
                 Plaintiff,   )        JUDGMENT
14                                )
           v.                 )
15                                )
MICHAEL J. ASTRUE,            )
16  Commissioner, Social Security )
Adminstration,                )
17                                )
                 Defendant.   )
18  _____)

19

          **IT IS ADJUDGED** that the decision of the Commissioner is reversed,

20
and this action is remanded to defendant for payment of benefits.

21

22
DATED: October 9, 2012

23

24                                        _____

25                                             CARLA M. WOEHRLE
                                        United States Magistrate Judge
26

27

28