1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **CENTRAL DISTRICT OF CALIFORNIA**

10

11
JASON MONTGOMERY,              )        No. CV 11-07092-CW
12  on behalf of Michelle         )
Leonard, deceased,             )
13                                 )
Plaintiff,       )        JUDGMENT
14                                 )
v.              )
15                                 )
MICHAEL J. ASTRUE,             )
16  Commissioner, Social Security )
Adminstration,                 )
17                                 )
Defendant.       )
18  _____)

19

20        **IT IS ADJUDGED** that the decision of the Commissioner is reversed,

21  and this action is remanded to defendant for payment of benefits.

22

23  DATED: October 9, 2012

24                                            _Carla M. Woehrle_

25                                       CARLA M. WOEHRLE
United States Magistrate Judge
26

27

28