Laura E. Krank
Attorney at Law: 220208
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
Jason Montgomery

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON MONTGOMERY ON BEHALF OF MICHELE LEONARD, DECEASED, | ) Case No.: CV 11-7092 CW |
| | ) |
| Plaintiff, | ) {~~PROPOSED~~} ORDER AWARDING ) EQUAL ACCESS TO JUSTICE ACT ) ATTORNEY FEES AND EXPENSES ) PURSUANT TO 28 U.S.C. § 2412(d) |
| vs. | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| | ) |
| Defendant | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal

Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $5,150.00 as

authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

DATE:    November 20, 2012

_____/s/_____
THE HONORABLE CARLA WOEHRLE
UNITED STATES MAGISTRATE JUDGE